**CGFD28** (9/19/08)



ORDERED in the Southern District of Florida on May 28, 2009



**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 09−13255−JKO

Chapter: 7

**In re:** (Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)

John W Ross
aka John Willson Ross

2633 NE 14th Avenue
# Pacific 108
Oakland Park, FL 33334

SSN: xxx−xx−7640

## FINAL DECREE

The trustee, Sonya Salkin, having filed a final report that the estate has been fully administered, is discharged and the case is closed.